IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FABIAN THOMPSON,

Appellant,

v.

Case No.  5D23-541
LT Case No. 2005-CF-1633

STATE OF FLORIDA,

Appellee.
_____/

Decision filed July 18, 2023

3.800 Appeal from the Circuit Court for Duval County,
London M. Kite, Judge.

Brett S. Chase, of Chase Law Florida, P.A., St. Petersburg,  for Appellant.

Ashley Moody, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.


HARRIS, KILBANE and MACIVER, JJ., concur.